STEVEN G. KALAR
Federal Public Defender
VARELL L. FULLER
Assistant Federal Public Defender
160 West Santa Clara Street, Suite 575
San Jose, CA 95113
Telephone: (408) 291-7753

Counsel for Defendant RODRIGUEZ

**FILED**

FEB 2 6 2013

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR 12-0268-LHK |
| ) | |
| Plaintiff, ) | STIPULATION AND [PROPOSED] |
| ) | ORDER TO MODIFY CONDITIONS OF |
| vs. ) | PRETRIAL RELEASE |
| ) | |
| EUTIMIO RODRIGUEZ, ) | **HON. HOWARD R. LLOYD** |
| ) | |
| Defendant. ) | |

### STIPULATION

Defendant Eutimio Rodriguez and the government, through their respective counsel, Assistant Federal Public Defender Varell L. Fuller, and Assistant United States Attorney Amber Rosen, stipulate and agree, subject to the Court's approval, to modify the defendant's previously set pretrial release conditions to permit his travel to the Eastern District of California for work as permitted by Pretrial Services.

Mr. Rodriquez is charged with conspiracy to commit theft of goods stolen in interstate commerce in violation of 18 U.S.C. § 371, and possession of goods stolen in interstate and foreign commerce, in violation of 18 U.S.C. § 659. On May 10, 2012, Mr. Rodriguez was released on $30,000 bond secured by the signature of three sureties. His travel is presently

restricted to the Northern District of California. Mr. Rodriguez has complied with his pretrial release conditions as ordered since his release.

Mr. Rodriguez has recently secured employment that requires him to occasionally travel to the Eastern District of California. Mr. Rodriguez respectfully requests that the Court modify his pretrial release conditions to permit him to travel to the Eastern District of California as permitted by Pretrial Services for work purposes only. Counsel for Mr. Rodriguez has consulted with government counsel, and Mr. Rodriguez's Pretrial Services Officer, Nelson Barao, and neither object to the proposed modification.

Accordingly, the parties stipulate and agree that Mr. Rodriguez's pretrial release conditions may be modified to permit his travel to the Eastern District of California, as permitted by Pretrial Services for work purposes only, with all other conditions to remain in effect.

It is so stipulated.

Date: February 25, 2013         /S/
                                VARELL L. FULLER
                                Assistant Federal Public Defender

Date: February 25, 2013         /S/
                                AMBER ROSEN
                                Assistant United States Attorney

//

[proposed] ORDER

GOOD CAUSE APPEARING, pursuant to the stipulation of the parties, IT IS HEREBY ORDERED that the bond set in this matter is modified to permit Eutimio Rodriguez to travel to the Eastern District of California for work purposes only. IT IS FURTHER ORDERED that the defendant must request and obtain permission from Pretrial Services prior to any such travel to the Eastern District of California for work. All other conditions are to remain in effect.

IT IS SO ORDERED.

Dated: 2/26/13                  _____
                                HONORABLE HOWARD R. LLOYD
                                United States Magistrate Judge