STEVEN G. KALAR
Federal Public Defender
VARELL L. FULLER
Assistant Federal Public Defender
160 West Santa Clara Street, Suite 575
San Jose, CA  95113
Telephone: (408) 291-7753

Counsel for Defendant RODRIGUEZ

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| UNITED STATES OF AMERICA, | ) | No. CR 12-00268-LHK |
|---|---|---|
| Plaintiff, | ) | DEFENDANT RODRIGUEZ'S UNOPPOSED MOTION AND [PROPOSED] ORDER TO CONTINUE SENTENCING HEARING |
| vs. | ) | |
| EUTIMIO RODRIGUEZ, | ) | |
| Defendant. | ) | |

    Defendant Eutimio Rodriguez, by and through Assistant Federal Public Defender Varell L. Fuller, hereby moves this Court for an order that the sentencing hearing currently set in this matter for January 15, 2014, at 9:30 a.m., be continued to Wednesday, February 5, 2014 at 9:30 a.m. The government and Probation are unopposed to the defendant's request.

    Mr. Rodriguez has entered a plea pursuant to Rule 11(c)(1)(A) and 11(c)(1)(B) of the Federal Rule of Criminal procedure to one count of conspiracy to commit theft of stolen goods in interstate and foreign commerce, in violation of 18 U.S.C. § 371, and two counts of possession of goods stolen from interstate commerce, in violation of 18 U.S.C. § 659. A sentencing hearing is presently set in this matter for January 15, 2014.

DEFENDANT RODRIGUEZ'S UNOPPOSED
MOTION AND [PROPOSED] ORDER TO
CONTINUE SENTENCING HEARING
CR 12-00268-LHK                           1

The defense respectfully asks that the sentencing hearing date be continued to facilitate the completion of the presentence report investigation within the time permitted by the Federal Rules of Criminal Procedure and Local Rules, and to permit the defense sufficient time to respond to the draft presentence report. Accordingly, the defense respectfully request that the sentencing hearing date be continued to February 5, 2014.

Dated: December 12, 2013

/s/
VARELL L. FULLER
Assistant Federal Public Defender

[~~PROPOSED~~] ORDER

GOOD CAUSE APPEARING, and upon the unopposed motion of the defendant, by and through counsel, it is hereby ordered that the sentencing hearing date set for Wednesday, January 15, 2013, at 9:30 a.m. is continued to Wednesday, February 5, 2014, at 9:30 a.m.

IT IS SO ORDERED.

Dated: 12/16/13

Lucy H. Koh
THE HONORABLE LUCY H. KOH
United States District Court Judge

Further continuances will be disfavored.
12/16/13     Lucy H. Koh

DEFENDANT RODRIGUEZ'S UNOPPOSED
MOTION AND [PROPOSED] ORDER TO
CONTINUE SENTENCING HEARING
CR 12-00268-LHK                         2